# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE C. NADEAU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; KLEE, TUCHIN, BOGDANOFF & STERN, LLP; KLEE, TUCHIN, BOGDANOFF & STERN, LLP LONG TERM DISABILITY PLAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV12-8289-R (AJWx)<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: September 26, 2012 |

　　Based upon the stipulation of the parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case No. CV12-8289-R (AJWx), is dismissed in its entirety as to all defendants, with prejudice.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: _October 7, 2013_　　　　_____
　　　　　　　　　　　　　　　　　Hon. Manuel L. Real
　　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

133345.1

1

Case No. CV12-8289-R (AJWx)
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE