# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE C. NADEAU, | Case No. CV12-8289-R (AJWx) |
| Plaintiff, | **ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; KLEE, TUCHIN, BOGDANOFF & STERN, LLP; KLEE, TUCHIN, BOGDANOFF & STERN, LLP LONG TERM DISABILITY PLAN; and DOES 1 through 10, inclusive, | Complaint Filed: September 26, 2012 |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV12-8289-R (AJWx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: _October 7, 2013_  _____
Hon. Manuel L. Real
United States District Court Judge

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

133345.1

1

Case No. CV12-8289-R (AJWx)
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE